## UNITED STATES DISTRICT COURT
## IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| LARRY KUNKEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZAIS GROUP HOLDINGS, INC., CHRISTIAN M. ZUGEL, DANIEL CURRY, PAUL B. GUENTHER, JAMES M. ZINN, and JOHN BURKE,<br><br>Defendants. | Civil Action No.: 2:18-cv-04018 |

## STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL

WHEREAS, on December 14, 2017, plaintiff Larry Kunkel ("Kunkel") filed a Complaint for Violation of the Securities Exchange Act of 1934 (the "Complaint") in the above-captioned action (the "Action") against ZAIS Group Holdings, Inc. ("ZAIS"), Christian M. Zugel, Daniel Curry, Paul B. Guenther, James M. Zinn, and John Burke (collectively, "Defendants");

WHEREAS, the Complaint alleged violations of the Securities Exchange Act of 1934 in connection with the preliminary proxy statement defendants filed with the United States Securities and Exchange Commission ("SEC") on February 16, 2018, (subsequently amended on March 19, 2018 (the "Proxy Statement")) in connection with a transaction where the minority shares of Class A common stock of ZAIS were acquired by defendant Zugel and his affiliated entities (the "Transaction");

WHEREAS, on March 30, 2018, Defendants filed an amendment to the Proxy Statement with the SEC that included additional information relating to the Transaction that addressed and mooted Plaintiff's claims regarding the sufficiency of the disclosures in the Proxy Statement (the "Mooted Claims");

WHEREAS, Plaintiff's counsel intends to assert a claim for mootness fees and expenses in connection with the Mooted Claims (the "Fee Application"), and seek Court intervention if the parties cannot resolve Plaintiff's Fee Application;

WHEREAS, all of the Defendants in the Action reserve all rights, arguments, and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was meritorious;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this 22 day of June, 2018 that:

1. All claims asserted in the Action are dismissed, with prejudice as to Plaintiff only. All claims on behalf of the putative class are dismissed without prejudice.

2. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3. The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's anticipated Fee Application, if filed.

4. This Order is entered without prejudice to any right, position, claim, or defense any party may assert with respect to the Fee Application, which includes the Defendants' right to oppose the Fee Application.

5. To the extent that the parties are unable to reach an agreement concerning the Fee Application, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6. Upon completion of briefing, the parties shall promptly contact the Court to schedule argument regarding Plaintiff's Fee Application at a time convenient to the Court.

7. If the parties reach an agreement concerning the Fee Application, they shall notify the Court. Upon such notification, the Court will close the Action.

Dated: June 13, 2018

**LITE DEPALMA GREENBERG, LLC**

By: _____
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
Email: bgreenberg@litedepalma.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

                                        **MCDERMOTT WILL & EMERY LLP**

By: _____
     Andrew B. Kratenstein
     340 Madison Avenue
     New York, NY 10173-1922
     Telephone: (212) 547-5400
     Facsimile: (212) 547-5444
     Email: akratenstein@mwe.com

*Attorneys for Defendant ZAIS Group Holdings, Inc.*

**ALSTON & BIRD**

By: _____
     Robert R. Long
     1201 West Peachtree Street
     Atlanta, GA 30309
     Telephone: (404) 881-4760
     Email: robert.long@alston.com

*Attorneys for Defendants Paul B. Guenther, James M. Zinn and John Burke*

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

By: _____
     Scott B. Luftglass
     One New York Plaza
     New York, New York 10004
     Telephone: (212) 859-8968
     Email: scott.luftglass@friedfrank.com

*Attorneys for Defendants Christian M. Zugel and Daniel Curry*

IT IS SO ORDERED this 22 day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

**MCDERMOTT WILL & EMERY LLP**

By: _____
Andrew B. Kratenstein
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: akratenstein@mwe.com

*Attorneys for Defendant ZAIS Group Holdings, Inc.*

**ALSTON & BIRD**

By: __/s/_____
Robert R. Long
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-4760
Email: robert.long@alston.com

*Attorneys for Defendants Paul B. Guenther, James M. Zinn and John Burke*

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

By: _____
Scott B. Luftglass
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8968
Email: scott.luftglass@friedfrank.com

*Attorneys for Defendants Christian M. Zugel and Daniel Curry*

IT IS SO ORDERED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE